1  PHILLIP A. TALBERT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                CASE NO.  1:22-CR-00131-JLT-SKO

12                       Plaintiff,          STIPULATION REGARDING EXCLUDABLE
                                             TIME PERIODS UNDER SPEEDY TRIAL ACT;
13               v.                          ORDER

14 JORGE CALDERON-CAMPOS,                    DATE: June 7, 2023
   ALBERTO GOMEZ-SANTIAGO,                   TIME: 1:00 p.m.
15 BYRON ADILIO ALFARO-SANDOVAL,            COURT: Hon. Magistrate Judge Sheila K. Oberto
   FRANCISCO JAVIER TORRES MORA,
16 JOSE ANGEL BELTRAN-CHAIDEZ, AND
   MARK GARCIA,
17
                         Defendants.
18
   UNITED STATES OF AMERICA,                 CASE NO.  1:22-CR-00130-JLT-SKO
19
                         Plaintiff,          STIPULATION REGARDING EXCLUDABLE
20                                           TIME PERIODS UNDER SPEEDY TRIAL ACT;
                 v.                          ORDER
21
   JORGE CALDERON-CAMPOS,                    DATE: June 7, 2023
22                                           TIME: 1:00 p.m.
                         Defendant.          COURT: Hon. Magistrate Judge Sheila K. Oberto
23

24                              **STIPULATION**

25         Plaintiff United States of America, by and through its counsel of record, and defendants, by and

26 through defendants' counsel of record, hereby stipulate as follows:

27         1.      By previous order, these matters were scheduled for a status conference on June 7, 2023,

28 before U.S. Magistrate Judge Sheila K. Oberto.

2.      On September 30, 2022, U.S. District Judge Jennifer L. Thurston found that these matters are related.

3.      By this stipulation, the parties move to continue the status conference until September 20, 2023, before U.S. Magistrate Sheila K. Oberto, or the Court's earliest convenience, and to exclude time from calculation under the Speedy Trial Act between June 7, 2023, and September 20, 2023.

4.      The parties agree and stipulate, and request that the Court find the following:

a)      1,655 pages of Bates-stamped material has been provided to the defense in this matter.  This material consists of wiretap intercepts and data, reports of investigation, photographs, recordings of post-arrest interviews, and defendant's criminal histories.

b)      Plea offers have been made to all of the defendants.

c)      There is a pending conflict of interest motion filed by the government as to defendants Calderon-Campos and Beltran-Chaidez, to which the defense intends to submit a response.  The parties also intend to set a hearing to address the potential conflict in advance of the status conference date.

d)      Counsel for defendants desire additional time to review discovery, consult with their clients, conduct investigation and research related to the charges, consider plea offers, engage in plea negotiations, and to otherwise prepare for trial.

e)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of June 7, 2023 to September 20, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of

the public and the defendants in a speedy trial.

5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act provide that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  May 25, 2023                                        PHILLIP A. TALBERT
                                                           United States Attorney


                                                           /s/ KAREN A. ESCOBAR
                                                           KAREN A. ESCOBAR
                                                           Assistant United States Attorney


/s/ DAVID A. TORRES                                 /s/  MICHAEL E. MITCHELL
DAVID A. TORRES                                     MICHAEL E. MITCHELL
Counsel for defendant Jorge Calderon-Campos         Counsel for defendant Alberto Gomez-Santiago


/s/ FATIMA RODRIGUEZ                                /s/  PATRICK S. AGUIRRE
FATIMA RODRIGUEZ                                    PATRICK A. AGUIRRE
Counsel for defendant Byron Adilio Alfaro-         Counsel for defendant Francisco Javier Torres-
Sandoval                                           Mora


/s/ ALEKXIA L. TORRES STALLINGS                    /s/  MARK A. BROUGHTON
ALEKXIA L. TORRES STALLINGS                        MARK A. BROUGHTON
Counsel for defendant Jose Angel Beltran-          Counsel for defendant Mark Garcia
Chaidez


**ORDER**

IT IS SO ORDERED.


DATED:      5/30/2023                    *Sheila K. Oberto*
                                         _____
                                         THE HONORABLE SHEILA K. OBERTO
                                         UNITED STATES MAGISTRATE JUDGE