IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>                  v.<br><br>CALDERON-CAMPOS ET AL,<br><br>                  Defendants. | CASE NO.  1:22-CR-00131-JLT-BAM<br><br>ORDER UNSEALING INDICTMENT |

    The United States having moved to unseal the indictment in the above-captioned proceeding, and the need for sealing having ceased;

    IT IS ORDERED that the indictment filed in the above-entitled matter shall be unsealed.

IT IS SO ORDERED.

Dated:   **June 21, 2023**　　　　　　　　　　　/s/ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Order Unsealing Indictment　　　　　　　　1