PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>JORGE CALDERON-CAMPOS,<br>BYRON ADILIO ALFARO-SANDOVAL,<br>JOSE ANGEL BELTRAN-CHAIDEZ, AND<br>MARK GARCIA,<br><br>　　　　　　　　　Defendants. | CASE NO. 1:22-CR-00131-JLT-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: September 20, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Magistrate Judge Sheila K. Oberto |
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>JORGE CALDERON-CAMPOS,<br><br>　　　　　　　　　Defendant. | CASE NO. 1:22-CR-00130-JLT-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: September 20, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Magistrate Judge Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1.　By previous order, these matters were scheduled for a status conference on September 20, 2023, before U.S. Magistrate Judge Sheila K. Oberto. On September 7, 2023, the Court also directed the parties to set a trial date.

2. On September 7, 2023, Monica Bermudez entered her appearance as counsel for defendant Jose Angel Beltran-Chaidez. His former attorney withdrew following the government's motion of a potential conflict of interest based on the joint representation of Beltran-Chaidez and Defendant Calderon-Campos by two members of the same law firm.

3. In light of Ms. Bermudez's need to review discovery and have meaningful discussions with her client and the government regarding a potential disposition, by this stipulation, the parties request one last continuance in this matter. It is requested that the status conference currently set for September 20, 2023, be continued to December 6, 2023, before U.S. Magistrate Sheila K. Oberto, or the Court's earliest convenience, and to exclude time from calculation under the Speedy Trial Act between September 20, 2023, and December 6, 2023. On December 6, 2023, the parties will set the matter for trial or, in the alternative, enter into a plea agreement.

4. Further, Daniel Harralson and his client, Antonio Beltran-Chaidez, are relatively new to the case, having initially appeared on July 11, 2023.

5. The parties agree and stipulate, and request that the Court find the following:

a) 1,656 pages of Bates-stamped material has been provided to the defense in this matter. This material consists primarily of wiretap intercepts and data, reports of investigation, photographs, recordings of post-arrest interviews, and defendants' criminal histories.

b) Plea offers have been made to all of the defendants.

c) Counsel for defendants desire additional time to review discovery, consult with their clients, conduct investigation and research related to the charges, consider plea offers, engage in plea negotiations, and to otherwise prepare for trial.

d) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

*et seq.*, within which trial must commence, the time period of September 20, 2023 to December 6, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act provide that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 7, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

/s/ DAVID A. TORRES
DAVID A. TORRES
Counsel for defendant Jorge Calderon-Campos

/s/ FATIMA RODRIGUEZ
FATIMA RODRIGUEZ
Counsel for defendant Byron Adilio Alfaro-Sandoval

/s/ MONICA BERMUDEZ
MONICA BERMUDEZ
Counsel for defendant Jose Angel Beltran-Chaidez

/s/ MARK A. BROUGHTON
MARK A. BROUGHTON
Counsel for defendant Mark Garcia

/s/ DANIEL L. HARRALSON
DANIEL L. HARRALSON
Counsel for defendant Antonio Beltran-Chaidez

**ORDER**

IT IS SO ORDERED.

DATED: 9/8/2023

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE