MICHELE BECKWITH
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BYRON ADILIO ALFARO-SANDOVAL,<br><br>Defendant. | CASE NO. 1:22-CR-00131-JLT-SKO<br><br>STIPULATION AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT<br><br>DATE: February 5, 2025<br>TIME: 1:00 p.m.<br>COURT: Hon. Magistrate Judge Sheila K. Oberto |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, these matters were scheduled for a status conference on February 5, 2025, before U.S. Magistrate Judge Sheila K. Oberto.

2. The parties stipulate to a June 18, 2025, status conference in the above-captioned matter. It is requested that the status conference currently set for February 5, 2025, be vacated, and to exclude time from calculation under the Speedy Trial Act between February 5, 2025, and June 18, 2025.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Discovery has been provided to the defense in this matter. This material consists primarily of wiretap intercepts and data, reports of investigation, photographs, recordings of post-arrest interviews, and the defendant's criminal histories.

    b)  A plea offer has been made to the defendant.

    c)  Counsel for defendant desires additional time to review discovery, consult with the defendant, conduct investigation and research related to the charges, consider the plea offer, engage in plea negotiations, and to otherwise prepare for trial.

    d)  Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of February 5, 2025, to June 18, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

  4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act provide that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated: January 29, 2025         MICHELE BECKWITH
                       Acting United States Attorney

                       /s/ KAREN A. ESCOBAR
                       KAREN A. ESCOBAR
                       Assistant United States Attorney

                       /s/ GALATEA DELAPP
                       GALATEA DELAPP
                       Counsel for defendant Byron Adilio Alfaro-Sandoval

**ORDER**

IT IS SO ORDERED.

DATED: 1/29/2025

_Sheila K. Oberto_
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE