MICHELE BECKWITH
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BYRON ADILIO ALFARO-SANDOVAL,<br><br>Defendant. | CASE NO. 1:22-CR-00131-JLT-SKO<br><br>STIPULATION AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT<br><br>DATE: June 18, 2025<br>TIME: 1:00 p.m.<br>COURT: Hon. Magistrate Judge Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1.  By previous order, these matters were scheduled for a status conference on June 18, 2025, before U.S. Magistrate Judge Sheila K. Oberto.

2.  The parties stipulate to set this matter for trial on March 31, 2026, in the above-captioned matter. It is requested that the status conference currently set for June 18, 2025, be vacated, and to exclude time from calculation under the Speedy Trial Act between June 18, 2025, and March 31, 2026.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  Discovery has been provided to the defense in this matter. This material consists primarily of wiretap intercepts and data, reports of investigation, photographs, recordings of post-arrest interviews, and the defendant's criminal histories.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

   b) A plea offer has been made to the defendant.  That offer was recently clarified; however, it has not yet been communicated to the defendant due to the certified interpreter's extended leave.  This offer will be communicated to the defendant after the interpreter's return at the end of this month.  At that time, the government will notice the matter for a *Lafler/Frye* hearing to make a record of the communication of the outstanding offer to the defendant.

   c) Counsel for defendant desires additional time to review discovery, consult with the defendant, conduct investigation and research related to the charges, consider the pending plea offer, engage in plea negotiations, and to otherwise prepare for trial.

   d) Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of June 18, 2025, to March 31, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act provide that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated: June 5, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

/s/ GALATEA DELAPP
GALATEA DELAPP
Counsel for defendant Byron Adilio Alfaro-Sandoval

**ORDER**

The parties' stipulation to vacate the status conference is DENIED. Defendant, Byron Adilio Alfaro-Sandoval, was arraigned over three years ago, on May 11, 2022. The parties shall be prepared to select an earlier trial date in 2025 at the June 18, 2025, status conference.

IT IS SO ORDERED.

Dated: **June 5, 2025**                              /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE