**FILED**
Aug 8, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **BYRON ADILIO ALFARO-SANDOVAL,** Defendant. | CR NO: 1:22-cr-00131 JLT-SKO |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum   ☐ Ad Testificandum

Name of Detainee: Byron Adilio Alfaro-Sandoval
Detained at: Golden State Annex
Detainee is:
  a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
     charging detainee with: Drug Trafficking Offenses
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
  a.) ☒ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on August 25, 2025, in the Eastern District of California.*

Signature: *Karen A. Escobar*
Printed Name & Phone No: Karen A. Escobar, 559-497-4094
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum   ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, on August 25, 2025, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 8/8/25

*B. McAuliffe*
Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

AKA(s) (if
Booking or CDC #: A No. 240 174 341
Facility Address: 611 Frontage Rd., McFarland, CA 93250
Facility Phone: 661-792-2731
Currently

☒ Male   ☐ Female
DOB: 11/15/76
Race: white
FBI#: No known

## RETURN OF SERVICE

Executed on: _____

(signature)