**FILED**

**Aug 11, 2025**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

          v.                                            CR NO: 1:22-cr-00131 JLT-SKO

**BYRON ADILIO ALFARO-SANDOVAL,**

                    Defendant.

---

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum                    ☐ Ad Testicandum

Name of Detainee:     Byron Adilio Alfaro-Sandoval

Detained at             Golden State Annex

Detainee is:      a.)   ☒ charged in this district by:   ☒ Indictment  ☐ Information  ☐ Complaint
                          charging detainee with:   Drug Trafficking Offenses

          or    b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ☒ return to the custody of detaining facility upon termination of proceedings
          or    b.)   ☐ be retained in federal custody until final disposition of federal charges, as a sentence
                          is currently being served at the detaining facility

*Appearance is necessary on August 20, 2025, in the Eastern District of California.*

          Signature:                      *Karen A. Escobar*
          Printed Name & Phone No:        Karen A. Escobar, 559-497-4094
          Attorney of Record for:         United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum                    ☐ Ad Testicandum

          The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is
hereby ORDERED to produce the named detainee, on August 20, 2025, and any further proceedings to be had in this
cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:        8/11/25                          *B. McAuliffe*
                                        Honorable Barbara A. McAuliffe
                                        U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

AKA(s) (if                                                       ☒Male  ☐Female
Booking or CDC #:    A No. 240 174 341                           DOB:    11/15/76
Facility Address:    611 Frontage Rd., McFarland, CA 93250       Race:   white
Facility Phone:      661-792-2731                                FBI#:   No known
Currently

---

## RETURN OF SERVICE

Executed on:    _____        _____
                                                     (signature)