KIMBERY A. SANCHEZ
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BYRON ADILIO ALFARO-SANDOVAL,<br><br>Defendant. | CASE NO: 1:22-CR-00131-JLT-SKO<br><br>**ORDER FOR THE DEFENDANT TO BE TRANSPORTED TO THE DISTRICT COURT FOR FURTHER PROCEEDINGS** |

Having considered the government's motion and memorandum of points and authorities regarding pod extraction, the Court **ORDERS** that contract officers and personnel for the Golden State Annex may remove the Defendant from his pod, using **reasonable force** if he refuses to comply with orders to exit the cell. Prior to being ordered to leave the pod, he **SHALL** be advised that this Court has ordered that he appear in court and his refusal to comply with that order will result in the officers using force to bring him to court.

///
///
///
///
///
///

1

      Once he is out of the pod, he **SHALL** be delivered to the United States District Court for the Eastern District of California at 2500 Tulare Street, Fresno, California 93721 for any future hearings in this matter, including a status conference before the Honorable Sheila K. Oberto **on August 20, 2025, at 11:00 a.m.** and a hearing to reopen the defendant's detention hearing before the Honorable Barbara A. McAuliffe **on August 25, 2025, at 2:00 p.m**.

IT IS SO ORDERED.

Dated:   **August 11, 2025**                  _/s/ Jennifer L. Thurston_
                                                                         UNITED STATES DISTRICT JUDGE